**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-cv-60956-BLOOM/Valle**

CAROLINE LASHBROOK, individually
and on behalf of all others similarly situated,

      Plaintiff,

vs.

AMERICAN INSURANCE AGENCIES
DIRECT, LLC, Foreign Limited Liability Company,

      Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Caroline Lashbrook ("Plaintiff"), in her individual capacity, voluntarily dismisses the Class Action Complaint [D.E. 1] with prejudice, and all claims alleged therein against Defendant, American Insurance Agencies Direct, LLC ("Defendant"), and dismisses all class claims alleged against Defendant without prejudice.  Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

Dated: June 3, 2019                      Respectfully submitted,

                                            */s/ Seth M. Lehrman*
                                            Seth Lehrman (FBN 132896)
                                            E-mail: seth@epllc.com
                                            EDWARDS POTTINGER LLC
                                            425 N. Andrews Ave., Suite 2
                                            Fort Lauderdale, Florida 33301
                                            Telephone: 954-524-2820
                                            Facsimile: 954-524-2822

                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on June 3, 2019. Copy of the foregoing will be transmitted to counsel of record referenced on the attached Service List, via email.

*/s/ Seth M. Lehrman*
Seth M. Lehrman

## SERVICE LIST

Nicholas A. Weiss
E-mail: NAWeiss@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: 310-226-7850

*Attorneys for Defendant*